**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 WEST CAPITOL AVENUE, SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**TAMMY H. DOWNS** (501) 604-5351
**CLERK**

January 13, 2023

Andrew Mikeal Taylor
Taylor & Taylor Law Firm P.A.
12921 Cantrell Road
Suite 205
Little Rock, AR 72223

Re:   Deficiency Filing #1 - Complaint for Declaratory Judgment and Rescission
   Case No. 4:23-CV-00034-LPR, Mount Vernon Fire Insurance Company v. TC's
   Midtown Grill North Inc et al

Dear Mr. Taylor:

   The Clerk's office reviewed the above-referenced document, which was filed conventionally in paper, and found it to be deficient as follows:

   Diversity Disclosure Statement not filed in a diversity case with first appearance, pleading, petition, motion, response, or other request. (F.R.Cv.P. 7.1).

   To correct a document that has been filed, please send the corrected document in paper to the Clerk's office. The original document will remain on the docket sheet, and the response time will run from the date of the original filing. Please electronically file a new supporting brief, corporate disclosure statement, or diversity disclosure statement.

                              Sincerely,

                              TAMMY H. DOWNS, CLERK


                        By:   L. Beatty
                              Deputy Clerk

Case 4:23-cv-00034-LPR   Document 2   Filed 01/13/23   Page 2 of 2