# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **MOUNT VERNON FIRE INSURANCE COMPANY,** | ) <br> ) <br> ) |
| *Plaintiff*, | ) <br> ) |
| v. | )     Case No. 4:23CV-00034-LPR <br> ) |
| **TC'S MIDTOWN GRILL NORTH, INC. D/B/A TC'S MIDTOWN GRILL; et al.** | ) <br> ) <br> ) <br> ) |
| *Defendants*. | ) |

## NOTICE TO TAKE VIDEOTAPED DEPOSITION OF GERALD THOMAS COLCLASURE

| | |
|---|---|
| TO: | ALL COUNSEL OF RECORD |
| PERSON TO BE DEPOSED: | GERALD THOMAS COLCLASURE |
| DATE AND TIME: | October 13, 2023 at 10:00 a.m. |
| LOCATION OF DEPOSITION: | Anderson Murphy Hopkins <br> 101 River Bluff Drive, Suite A <br> Little Rock, Arkansas 72202-2267 |
| COURT REPORTER: | Lexitas <br> 800-280-3376 |

PLEASE TAKE NOTICE that at the above date and hour, Plaintiff, shall cause the aforementioned deposition to be taken upon oral examination before a court reporter with Lexitas (800-280-3376), who is authorized to administer oaths. The deposition will be videotaped by a representative from Lexitas (800-280-3376).

Any party or their attorney may appear and participate as they see fit. The deposition will begin on the date and hour referenced above.

Respectfully submitted,

**HALL BOOTH SMITH, P.C.**

Todd Wooten (ABN 94034)
200 River Market Avenue, Suite 500
Little Rock, AR 72201
Telephone: 501-435-3190
Fax: 501-604-5566
Email: twooten@hallboothsmith.com

**BAKER STERCHI**
**COWDEN & RICE, LLC**

Scott D. Hofer
(*Admitted in E.D. Ark. / MO #44587*)
Kevin D. Brooks
(*Admitted in E.D. Ark. / MO #57627*)
1200 Main Street, Suite 2200
Kansas City, MO  64105
(816) 472-7474
(816) 472-6262 (Fax)
Email:  shofer@bakersterchi.com
Email: kbrooks@bakersterchi.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that, on August 31, 2023, the foregoing was served to all counsel of record via email.

*/s/ Kevin D. Brooks*
**Attorney for Plaintiff**

2

4861-8210-6749v.1