UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MOUNT VERNON FIRE INSURANCE COMPANY,** *Plaintiff,* v. **TC'S MIDTOWN GRILL NORTH, INC. D/B/A TC'S MIDTOWN GRILL; et al.** *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No. 4:23CV-00034-LPR** |

## JOINT MOTION FOR CONSENT JUDGMENT

**COME NOW** Plaintiff and Defendants, and jointly move for a consent judgment rescinding the insurance policies at issue in this matter. In support thereof, the parties state as follows:

1. Plaintiff Mount Vernon Fire Insurance Company ("Mount Vernon") filed its Complaint for Declaratory Judgment and Rescission against the Defendants seeking declarations regarding and rescission of insurance policies issued by Plaintiff to Defendant TC's Midtown Grill North, Inc. d/b/a TC's Midtown Grill ("TC's").

2. The declarations and rescission requested relate to claims asserted by Defendant Crystal White, Individually and as Special Administrator of the Estate of Timothy White ("White") and James Allen Mickan ("Mickan") against TC's in a lawsuit styled *White, et al. v. TC's Midtown Grill North, Inc., et al.*, Case No. 17CV-22-184, currently pending in the Circuit Court of Crawford County, Arkansas (the "underlying lawsuit").

1

3. In this action, Mount Vernon seeks rescission of Policy No. CL2674896E (the "2020-2021 Policy") issued to TC's with a Policy Period of March 11, 2020 to March 11, 2021. Mount Vernon also seeks rescission of the following predecessor policies issued to TC's:

   a. Policy CL2674896A with a policy period of March 11, 2016 to March 11, 2017 (the "2016-2017 Policy");

   b. Policy CL2674896B with a policy period of March 11, 2017 to March 11, 2018 (the "2017-2018 Policy");

   c. Policy CL2674896C with a policy period of March 11, 2018 to March 11, 2019 (the "2018-2019 Policy"); and

   d. Policy CL2674896D with a policy period of March 11, 2019 to March 11, 2020 (the "2019-2020 Policy").

   (The 2020-2021 Policy, 2019-2020 Policy, 2018-2019 Policy, 2017-2018 Policy, and 2016-2017 Policy are collectively referred to as the "Mount Vernon Policies".)

4. The parties have reached a global settlement in the underlying case and this matter. As part of the global settlement, Mount Vernon has agreed to return all premiums received for the Mount Vernon Policies to TC's. TC's will contribute the funds for the returned premiums to the settlement of White's and Mickan's claims in the underlying lawsuit.

5. In exchange for the returned premiums, TC's, White, and Mickan agree to a consent judgment in favor of Mount Vernon being entered in this case rescinding the Mount Vernon Policies. A proposed consent judgment is attached hereto as Exhibit 1.

**WHEREFORE,** Plaintiff Mount Vernon Insurance Company, Defendant Crystal White, Individually and as Special Administrator of the Estate of Timothy White and James Allen Mickan

respectfully requests the Court grant their Joint Motion for Consent Judgment and enter judgment in favor of Plaintiff in the form of the Consent Judgment attached hereto as Exhibit 1.

**HALL BOOTH SMITH, P.C.**

Todd Wooten (ABN 94034)
500 President Clinton Avenue, Suite RL 20
Little Rock, AR 82201
Telephone: 501-435-3190
Fax: 501-604-5566
Email: twooten@hallboothsmith.com


**BAKER STERCHI
COWDEN & RICE, LLC**

Scott D. Hofer
(*Admitted in E.D. Ark. / MO #44587*)
Kevin D. Brooks
(*Admitted in E.D. Ark. / MO #57627*)
2400 Pershing Road, Suite 500
Kansas City, MO 64108
(816) 471-2121
(816) 472-0288 (Fax)
Email: shofer@bakersterchi.com
Email: kbrooks@bakersterchi.com
*Attorneys for Plaintiff*

**ANDERSON, MURPHY & HOPKINS, L.L.P.**

DEBBIE S. DENTON
AR BAR NO. 97095
101 River Bluff Drive, Suite A
Little Rock, AR 72202
Telephone: 501-372-1887
Facsimile: 501-372-7706
E-Mail: denton@amhfirm.com
*Attorneys for Defendant TC's Midtown Grill
North, Inc. d/b/a TC's Midtown Grill*

4866-6619-5806v.1

**TAYLOR & TAYLOR LAW FIRM, P.A.**

Andrew M. Taylor, Ark. Bar No. 2005147
12921 Cantrell Road, Suite 205
Little Rock, AR 72223
Phone: (501) 246-8004
Fax: (501) 246-8009
Email: Andy@TaylorLawFirm.com
***Attorneys for the Separate Defendants***

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **MOUNT VERNON FIRE INSURANCE COMPANY,** | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 4:23CV-00034-LPR ) |
| **TC'S MIDTOWN GRILL NORTH, INC. D/B/A TC'S MIDTOWN GRILL; et al.** | ) ) ) ) ) |
| *Defendants.* | ) |

## CONSENT JUDGMENT AND ORDER OF RESCISSION OF INSURANCE POLICIES

Before the Court is the Joint Motion for Consent Judgment filed by Plaintiff and Defendants. The parties state in the Joint Motion that a global settlement has been reached in this matter and the underlying case of *White, et al. v. TC's Midtown Grill North, Inc., et al.*, Case No. 17CV-22-184, currently pending in the Circuit Court of Crawford County, Arkansas. As part of the global settlement, Mount Vernon has agreed to return all premiums received for the Mount Vernon Policies to TC's. TC's will contribute the funds for the returned premiums to the settlement of the underlying case. The parties further agree as part of the settlement that this consent Judgment and Order of Rescission of Insurance Policies will be entered by the Court rescinding the insurance policies issued by Plaintiff to Defendant TC's Midtown Grill North, Inc. d/b/a TC's Midtown Grill ("TC's").

Being advised in the premises and consistent with the parties' agreement and Joint Motion, it is hereby ordered, adjudged, and decreed that the following insurance policies issued by Plaintiff to TC's are void and rescinded:

4866-6619-5806v.1

1



a. Policy No. CL2674896E issued to TC's with a policy period of March 11, 2020 to March 11, 2021;

b. Policy CL2674896A issued to TC's with a policy period of March 11, 2016 to March 11, 2017;

c. Policy CL2674896B issued to TC's with a policy period of March 11, 2017 to March 11, 2018;

d. Policy CL2674896C issued to TC's with a policy period of March 11, 2018 to March 11, 2019; and

e. Policy CL2674896D issued to TC's with a policy period of March 11, 2019 to March 11, 2020.

**SO ORDERED.**

_____
**Judge Lee P. Rudofsky**