**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| **MOUNT VERNON FIRE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:23-CV-00034-LPR** |
| | ) | |
| **TC'S MIDTOWN GRILL NORTH,** | ) | |
| **INC. D/B/A TC'S MIDTOWN GRILL;** | ) | |
| **et al.** | ) | |
| | ) | |
| *Defendants.* | ) | |

**CONSENT JUDGMENT AND ORDER OF RESCISSION OF INSURANCE POLICIES**

Before the Court is the Joint Motion for Consent Judgment filed by Plaintiff and Defendants. The parties state in the Joint Motion that a global settlement has been reached in this matter and the underlying case of *White, et al. v. TC's Midtown Grill North, Inc., et al.*, Case No. 17CV-22-184, currently pending in the Circuit Court of Crawford County, Arkansas. As part of the global settlement, Mount Vernon has agreed to return all premiums received for the Mount Vernon Policies to TC's. TC's will contribute the funds for the returned premiums to the settlement of the underlying case. The parties further agree as part of the settlement that this consent Judgment and Order of Rescission of Insurance Policies will be entered by the Court rescinding the insurance policies issued by Plaintiff to Defendant TC's Midtown Grill North, Inc. d/b/a TC's Midtown Grill ("TC's").

Being advised in the premises and consistent with the parties' agreement and Joint Motion, it is hereby ordered, adjudged, and decreed that the following insurance policies issued by Plaintiff to TC's are void and rescinded:

1

4866-6619-5806v.1

2

a.  Policy No. CL2674896E issued to TC's with a policy period of March 11, 2020 to March 11, 2021;

b.  Policy CL2674896A issued to TC's with a policy period of March 11, 2016 to March 11, 2017;

c.  Policy CL2674896B issued to TC's with a policy period of March 11, 2017 to March 11, 2018;

d.  Policy CL2674896C issued to TC's with a policy period of March 11, 2018 to March 11, 2019; and

e.  Policy CL2674896D issued to TC's with a policy period of March 11, 2019 to March 11, 2020.

IT IS SO ORDERED this 18th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATE DISTRICT JUDGE

2